UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff(s),<br>v.<br><br>DEEP RIVER LANDING, LLC, et al.,<br><br>               Defendant(s). | CASE NO. C25-5307-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF EARLY CASE DEADLINES |

The parties have jointly requested the extension of early case deadlines to accommodate Defendants' deadline to respond to the complaint. Dkt. No. 12. The Court finds good cause for an extension, and therefore GRANTS the motion (Dkt. No. 12) and ORDERS that the parties comply with the following early case deadlines:

| | |
|---|---|
| Deadline for Federal Rule of Civil Procedure ("FRCP") 26(f) Conference | 7/18/2025 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 8/1/2025 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 8/11/2025 |

Dated this 9th day of May, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF EARLY CASE DEADLINES - 1