UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff(s),<br>     v.<br><br>DEEP RIVER LANDING, LLC, et al.,<br><br>                          Defendant(s). | CASE NO. C25-5307-KKE<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT |

      Defendants filed a motion to dismiss Plaintiff's complaint on June 16, 2025, and Plaintiff filed an amended complaint on June 27, 2025. Dkt. Nos. 14, 15. As Defendants' motion to dismiss now pertains to a prior version of the operative complaint, the Court DENIES the motion (Dkt. No. 14) as moot, subject to re-filing with respect to the operative complaint.

      Dated this 30th day of June, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION TO DISMISS AS MOOT - 1