# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff(s), <br><br> v. <br><br> DEEP RIVER LANDING, LLC, et al., <br><br> Defendant(s). | CASE NO. C25-5307-KKE <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Consistent with the parties' stipulation (Dkt. No. 20), the Court VACATES all of the early case deadlines (Dkt. No. 13) and will re-set them upon resolution of the pending motion to dismiss.

Dated this 18th day of July, 2025.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　*/s/ Alejandro Pasaye Hernandez*
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1