UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff(s),<br>   v.<br><br>DEEP RIVER LANDING, LLC, et al.,<br><br>                Defendant(s). | CASE NO. C25-5307-KKE<br><br>ORDER GRANTING MOTION FOR STAY |

On October 7, 2025, Plaintiff United States of America requested a stay of the entire case due to a lapse in appropriations to the Department of Justice. Dkt. No. 36 at 2.

"A district court has discretionary power to stay proceedings in its own court[.]" *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). In determining whether a stay is appropriate, the Court weighs the "competing interests which will be affected by the granting or refusal to grant a stay[,]" including:

> the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay.

*Lockyer*, 398 F.3d at 1110 (quoting *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)).

In light of the lapse in appropriations to the Department of Justice, which represents Plaintiff in this case, and given that Defendants do not oppose Plaintiff's motion (*see* Dkt. No. 36), the Court concludes that a temporary stay is warranted in this case. Because Defendant's motion

ORDER GRANTING MOTION FOR STAY - 1

to dismiss is pending, the Court has not yet entered a case schedule in this matter. *See* Dkt. No. 19.

Accordingly, the Court GRANTS Plaintiff's motion to stay the case in its entirety.

Plaintiff shall notify Defendants and the Court within 2 days of the restoration of appropriations and the Court will lift the stay at that time. Plaintiff shall further advise the Court as soon as possible whether extension of any impacted deadlines is necessary.

Dated this 8th day of October, 2025.

Kymberly K. Evanson
United States District Judge