UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff(s),<br>　　v.<br><br>DEEP RIVER LANDING, LLC, et al.,<br><br>　　　　　　　　Defendant(s). | CASE NO. C25-5307-KKE<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME |

Third-Party Defendant Wahkiakum County and Third-Party Defendant Bergerson Construction, Inc. (together, "Third-Party Defendants"), together with Defendant and Third-Party Plaintiff Deep River Landing LLC, jointly move for an extension of time for Third-Party Defendants to file their answers pursuant to Federal Rule of Civil Procedure 6(b).  Dkt. No. 37 at 2.  The parties explain that because a case schedule will be entered after the oral argument on October 23, 2025, an extension of time will not prejudice any party.  *Id.*  Further, an extension of time will afford the parties time to confer on initial disclosures and alternative dispute resolution.  *Id.*

//

//

//

//

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME - 1

The Court finds good cause to support an extension of time, and therefore GRANTS the motion. The Third-Party Defendants shall file their answers by October 24, 2025.

Dated this 8th day of October, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge