UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>DEEP RIVER LANDING, LLC, et al.,<br><br>　　　　　　　Defendant(s). | CASE NO. C25-5307-KKE<br><br>ORDER LIFTING STAY AND GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE ANSWER TO CROSSCLAIMS |

Plaintiff United States of America filed a notice that appropriations have been restored to the Department of Justice and therefore this case is ready to resume. Dkt. No. 42. The parties subsequently stipulated to a motion requesting an extension of time for Third-Party Plaintiff Luke Gardner to file his answer to Third-Party Defendant Wahkiakum County's crossclaims (Dkt. No. 40). Dkt. No. 43. The Court therefore LIFTS the stay, and GRANTS the stipulated motion for an extension of time. Dkt. Nos. 42, 43. The deadline for Gardner to file his answer and response to Wahkiakum County's crossclaims is December 15, 2025.

Dated this 17th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER LIFTING STAY AND GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE ANSWER TO CROSSCLAIMS - 1