UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cv-05307-KKE |
| Plaintiff, | IN ADMIRALTY |
| v. | ORDER GRANTING DEFENDANT LUKE GARDNER AND THIRD-PARTY DEFENDANT WAHKIAKUM COUNTY'S JOINT MOTION FOR EXTENSION OF TIME FOR LUKE GARDNER TO RESPOND TO THIRD-PARTY DEFENDANT WAHKIAKUM COUNTY'S COUNTERCLAIMS |
| DEEP RIVER LANDING, LLC; LUKE GARDNER, in *personam*, | |
| Defendants, | |
| DEEP RIVER LANDING, LLC; LUKE GARDNER, in *personam*, | |
| Third-Party Plaintiffs, | |
| v. | |
| WAHKIAKUM COUNTY, a political subdivision of the State of Washington; BERGERSON CONSTRUCTION INC., an Oregon corporation; and ERIC FERGUSON, *in personam*, | |
| Third-Party Defendants. | |

Based on the foregoing Joint Motion for Extension of Time for Luke Gardner to

Respond to Third-Party Defendant Wahkiakum County's Counterclaims, and for good cause

shown, IT IS HEREBY ORDERED:

The deadline for Defendant Luke Gardner to respond to Third-Party Defendant

ORDER GRANTING JOINT MOTION
FOR EXTENSION OF TIME - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

**Error! Unknown document property name.**

Wahkiakum County's counterclaims shall be fourteen (14) days after an order is entered on

Mr. Gardner's pending Fed. R. Civ. Pro. 12(b)(6) Motion to Dismiss Plaintiff's claims.

It is so ordered.

Dated this 16th day of December, 2025.

Kymberly K. Evanson
United States District Judge

Presented by:

SCHWABE WILLIAMSON & WYATT

By: */s/ Ryen L. Godwin*
Ryen L. Godwin, WSBA #
rgodwin@schwabe.com
Philip Raoul Lempriere, WSBA #
plempriere@schwabe.com
1420 5th Avenue
Seattle, WA 98101
206.621.1711

*Attorneys for Defendants Deep River
Landing LLC, Luke Gardner and Third
Party Plaintiff Deep River Landing LLC
and Third Party Defendant Eric Ferguson*

VERIS LAW GROUP PLLC

By: */s/ Kevin M. Jackson*
Michelle Ulick Rosenthal, WSBA #35439
michelle@verislawgroup.com
Kevin M. Jackson, WSBA #56799
kevin@verislawgroup.com
1809 Seventh Avenue, Suite 1400
Seattle, WA 98101
206.829.9590

*Attorneys for Third Party Defendant
Wahkiakum County*

ORDER GRANTING JOINT MOTION
FOR EXTENSION OF TIME - 2

**Error! Unknown document property name.**