UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DEEP RIVER LANDING, LLC; LUKE GARDNER, *in personam*,<br><br>    Defendants.<br><br>DEEP RIVER LANDING, LLC; LUKE GARDNER, *in personam*,<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>WAHKIAKUM COUNTY, a political subdivision of the State of Washington; BERGERSON CONSTRUCTION INC., an Oregon corporation; and ERIC FERGUSON, *in personam*,<br><br>    Third Party Defendants. | CASE NO. C25-5307-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL |

      Before the Court is the parties' stipulated motion for leave to withdraw representation and substitute new counsel for Third Party Defendant Bergerson Construction, Inc. Dkt. No. 51. The parties seek leave for Maren R. Norton of Stoel Rives, LLP, to withdraw as counsel, and to substitute Dirk J. Muse and Alec J. Anderson of Wilson Elser Moskowitz Edelman and Dicker LLP as counsel for Third Party Defendant Bergerson Construction, Inc. *Id.* The stipulated motion complies with Local Rules W.D. Wash. LCR 83.2. Accordingly, the Court GRANTS the

stipulated motion and ORDERS that Maren R. Norton of Stoel Rives, LLP, may withdraw as counsel for record for Third Party Defendant Bergerson Construction, Inc., and Dirk J. Muse and Alec J. Anderson of Wilson Elser Moskowitz Edelman and Dicker LLP may substitute in as new counsel for Third Party Defendant Bergerson Construction, Inc.

Dated this 6th day of January, 2026.

*[signature]*

Kymberly K. Evanson
United States District Judge