UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEEP RIVER LANDING, LLC; LUKE GARDNER, in *personam*,<br><br>Defendants,<br><br>DEEP RIVER LANDING, LLC; LUKE GARDNER, in *personam,*<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>WAHKIAKUM COUNTY, a political subdivision of the State of Washington; BERGERSON CONSTRUCTION INC., an Oregon corporation; and ERIC FERGUSON, *in personam*,<br><br>Third-Party Defendants. | CASE NO. C25-5307-KKE<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE |

Defendants filed a motion to continue the Rule 26(f) conference deadline from February 4, 2026, to August 4, 2026, and to extend the other early case deadlines accordingly. Dkt. No. 61. The motion is unopposed.

Finding good cause, the Court GRANTS Defendants' unopposed motion (Dkt. No. 61) and VACATES the previous deadlines (Dkt. No. 58). The parties shall now comply with the following

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE - 1

early case deadlines:

The Rule 26(f) conference deadline is extended to August 4, 2026.

The initial disclosure deadline is extended to August 18, 2026.

The joint status report must be filed no later than August 25, 2026.

Dated this 3rd day of February, 2026.

_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE - 2