UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>DEEP RIVER LANDING, LLC; LUKE GARDNER, *in personam,*<br><br>Defendants.<br><br>DEEP RIVER LANDING, LLC; LUKE GARDNER, in *personam,*<br><br>Third Party Plaintiffs,<br><br>vs.<br><br>WAHKIAKUM COUNTY, a political subdivision of the State of Washington; BERGERSON CONSTRUCTION INC., an Oregon corporation; and ERIC FERGUSON, *in personam*,<br><br>Third Party Defendants. | Case No.: 3:25-cv-05307-KKE<br><br>IN ADMIRALTY<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

///

## STIPULATION

The parties hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-entitled action and each and every portion of it has been fully settled and compromised and should be dismissed with prejudice and without award of costs or fees to any party, and that the subjoined order may be entered without any further notice to the parties.

SO STIPULATED this 28th day of July 2026.

U.S. DEPARTMENT OF JUSTICE

By: s/ Susan F. Shapiro
Susan F Shapiro, SBN #323613
Eric Kaufman-Cohen, SBN #171064
susan.f.shapiro@usdoj.gov
eric.kaufman-cohen@usdoj.gov
*Attorneys for the United States*

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Ryen L. Godwin
Philip Raoul Lempriere, WSBA #20304
Ryen L. Godwin, WSBA #40806
plempriere@schwabe.com
rgodwin@schwabe.com
*Attorneys for Deep River and Luke Gardner*

WILSON ELSNER MOSKOWITZ EDELMAN & DICKER

By: s/ Alec Jeffrey Anderson
Alec Jeffrey Anderson, WSBA #56690
Dirk Muse, WSBA #28911
alec.anderson@wilsonelsner.com
dirk.muse@wilsonelsner.com
*Attorneys for Bergerson Construction*

VERIS LAW GROUP PLLC

By: s/ Kevin M. Jackson
Michelle Ulick Rosenthal, WSBA #35439
Kevin M. Jackson, WSBA #56799
mrosenthal@verislawgroup.com
kjackson@verislawgroup.com
*Attorneys for Wahkiakum County*

**ORDER OF DISMISSAL**

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court; the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing stipulation:

ORDER, ADJUDGE, AND DECREE that this action is dismissed with prejudice and without award of fees or costs to any party.

DATED this ____ day of ___________ 2026.

___________________________________
HONORABLE KYMBERLY K. EVANSON
UNITED STATES DISTRICT JUDGE

Presented By:

U.S. DEPARTMENT OF JUSTICE

By: s/ Susan F. Shapiro
Susan F Shapiro, SBN #323613
Eric Kaufman-Cohen, SBN #171064
susan.f.shapiro@usdoj.gov
eric.kaufman-cohen@usdoj.gov
*Attorneys for the United States*

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Ryen L. Godwin
Philip Raoul Lempriere, WSBA #20304
Ryen L. Godwin, WSBA #40806
plempriere@schwabe.com
rgodwin@schwabe.com
*Attorneys for Deep River and Luke Gardner*

WILSON ELSNER MOSKOWITZ EDELMAN & DICKER

By: s/ Alec Jeffrey Anderson
Alec Jeffrey Anderson, WSBA #56690
Dirk Muse, WSBA #28911
alec.anderson@wilsonelsner.com
dirk.muse@wilsonelsner.com
*Attorneys for Bergerson Construction*

VERIS LAW GROUP PLLC

By: s/ Kevin M. Jackson
Michelle Ulick Rosenthal, WSBA #35439
Kevin M. Jackson, WSBA #56799
mrosenthal@verislawgroup.com
kjackson@verislawgroup.com
*Attorneys for Wahkiakum County*

CERTIFICATE OF SERVICE

I hereby certify that, on July 28, 2026, a true and correct copy of the foregoing **STIPULATION AND ORDER OF DISMISSAL** was served electronically through CM/ECF on:

**Ryen L. Godwin**
SCHWABE WILLIAMSON & WYATT (SEA)
1420 5TH AVE
STE 3400
SEATTLE, WA 98101-2339
206-622-1711
Email: rgodwin@schwabe.com

**Philip Raoul Lempriere**
SCHWABE WILLIAMSON & WYATT (SEA)
1420 5TH AVE
STE 3400
SEATTLE, WA 98101-2339
206-622-1711
Fax: 206-292-0460
Email: plempriere@schwabe.com

Attorneys for Defendants Deep River Landing, LLC and Luke Gardner

**Kevin M. Jackson**
Veris Law Group PLLC
1809 Seventh Avenue, Suite 1300
Seattle, WA 98101
206.829.9590
kevin@verislawgroup.com

**Michelle Ulick Rosenthal**
Veris Law Group PLLC
1809 Seventh Avenue, Suite 1300 Seattle, WA 98101 206.829.9590
michelle@verislawgroup.com

Attorneys for Third Party Defendant Wahkiakum County

**Dirk J. Muse,**
**Alec J. Anderson**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 Pike St., Suite 2350
Seattle, WA 98101
(206) 709-5900 (main)
(206) 709-5901 (fax)
dirk.muse@wilsonelser.com
alec.anderson@wilsonelser.com
josie.westmoreland@wilsonelser.com

Attorneys for Third Party Defendant Bergerson Construction, Inc.

s/ Susan F. Shapiro
SUSAN F. SHAPIRO