UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>DEEP RIVER LANDING, LLC; LUKE GARDNER, *in personam,*<br><br>Defendants.<br><br>DEEP RIVER LANDING, LLC; LUKE GARDNER, in *personam,*<br><br>Third Party Plaintiffs,<br><br>vs.<br><br>WAHKIAKUM COUNTY, a political subdivision of the State of Washington; BERGERSON CONSTRUCTION INC., an Oregon corporation; and ERIC FERGUSON, *in personam*,<br><br>Third Party Defendants. | Case No.: 3:25-cv-05307-KKE<br><br>IN ADMIRALTY<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

///

**ORDER OF DISMISSAL**

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court; the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing stipulation:

ORDER, ADJUDGE, AND DECREE that this action is dismissed with prejudice and without award of fees or costs to any party.

DATED this 29th day of July, 2026.

Kymberly K. Evanson
United States District Judge

Presented By:

U.S. DEPARTMENT OF JUSTICE

By: s/ Susan F. Shapiro
Susan F Shapiro, SBN #323613
Eric Kaufman-Cohen, SBN #171064
susan.f.shapiro@usdoj.gov
eric.kaufman-cohen@usdoj.gov
*Attorneys for the United States*

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Ryen L. Godwin
Philip Raoul Lempriere, WSBA #20304
Ryen L. Godwin, WSBA #40806
plempriere@schwabe.com
rgodwin@schwabe.com
*Attorneys for Deep River and Luke Gardner*

WILSON ELSNER MOSKOWITZ EDELMAN & DICKER

By: s/ Alec Jeffrey Anderson
Alec Jeffrey Anderson, WSBA #56690
Dirk Muse, WSBA #28911
alec.anderson@wilsonelsner.com
dirk.muse@wilsonelsner.com
*Attorneys for Bergerson Construction*

VERIS LAW GROUP PLLC

By: s/ Kevin M. Jackson
Michelle Ulick Rosenthal, WSBA #35439
Kevin M. Jackson, WSBA #56799
mrosenthal@verislawgroup.com
kjackson@verislawgroup.com
*Attorneys for Wahkiakum County*